NORMAN M. OBEDIN, Doing Business as N. M. OBEDIN COMPANY, Respondent, v. FRANK OLISH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 747.]

MARGARET O'CONNOR, as Administratrix of the Estate of BARTON O'CONNOR, Deceased, Appellant, v. COMPLETE MACHINERY & EQUIPMENT Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 1046.]

PHILIP BERKOWITZ, Appellant, v. LEWIS A. WILSON, as Commissioner of Education of the State of New York, et al., Respondents.— Action for a judgment declaring that chapter 706 of the Laws of 1952, and sections 7401–7412 of the Education Law (certified public accounting), are ineffective, unconstitutional and void, and for an injunction. Order denying appellant's motion for judgment on the pleadings and granting respondents' motion therefor, and judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

ELIZABETH W. GILLIAR, Respondent, v. JOHN L. GILLIAR, Appellant.— Defendant appeals from a judgment awarding the plaintiff a separation and $40 a week for her support and maintenance, and dismissing his counterclaim. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.